AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BRUCE KRIEGMAN,

        Plaintiff,

        v.

0720787 BC Ltd., et al,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-362-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED in accordance with Article IV.A.3 of the Chapter 11 Trustee's and Official Committee of Unsecured Creditors' Second Modified Plan in the underlying consolidated bankruptcy case, FRBP 7041 and FRCP 41(a)(1)(A), Plaintiff Bruce P. Kriegman, solely as Liquidating Trustee under the Plan, files this Notice of Dismissal for the dismissal of the Plaintiff's claims against the following Defendants: Jim Kirkpatrick, Ginger Kirkpatrick, Christine Mangnus, Connon Campbell, Don Nachtegaele, Norma Nachtegaele, Randall Rogers and Nancy Rogers. Defendants are dismissed with prejudice.

| | |
|---|---|
| January 7, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |