AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC <br> *Plaintiff* <br> v. <br> 0720878, BC LTD., et al, <br> *Defendant* | ) ) ) ) ) ) <br> Civil Action No. CV-11-362-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: 1. Plaintiff, Bruce P. Kriegman, solely in his capacity as courtappointed Chapter 11 Trustee for Debtor LLS America, LLC, is hereby awarded Judgment against defendant Kevin Dill, as follows: a. Judgment $2,337,328.66; b. Plus prejudgment interest from July 21, 2009 to January 21, 2014 at the federal rate of .47% per annum $49,434.50; c. Plus taxable costs in the amount to be determined by the Court; d. Plus post-judgment interest from the date of Judgment until fully paid at the federal rate of 0.13% per annum (28 U.S.C. § 1961); and 2. All proofs of claim filed by Defendants in Debtor's Bankruptcy proceedings or any claims that may hereafter arise are hereby disallowed pursuant to 11 U.S.C. § 502(d) unless and until the avoided transfers are returned to the Trustee-Plaintiff; and 3. Defendants' claims are equitably subordinated such that all proofs of claim of Defendants that may hereafter arise or that have been filed or brought or that may hereafter be filed or brought by, on behalf of, or for the benefit of any of Defendants or their affiliated entities, against Debtor's estate, in Debtor's bankuptcy or related bankruptcy proceedings are subordinated to all other unsecured claims, pursuant to 11 U.S.C. §§ 510(c)(1) and 105(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: January 24, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*
Cheryl Cambensy